# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Noel S. Waters,<br>Attorney at Law, Bar No. 58 | Case No. 2:24-ms-00043-MMD<br><br>ORDER TRANSFERRING ATTORNEY TO DISABILITY INACTIVE STATUS |

Attorney Noel S. Waters, State Bar No. 58, was transferred to disability inactive status by the Nevada California Supreme Court under the Order Transferring Attorney to Disability Inactive Status filed July 23, 2024. On July 29, 2024, this Court issued and entered an initial Order to Show Cause (ECF No. 1 ("OSC")) mailed via certified mail. The OSC provided Mr. Waters with 30 days to respond with reasons why he should not be placed on disability inactive status in this Court. No response has been received from Mr. Waters. Failure to respond within 30 days warrants an Order Transferring Attorney to Disability Inactive Status. *See* LR IA 11-7.

It is therefore ordered that Noel S. Waters, Bar No. 58, is hereby placed on disability inactive status in the United States District Court for the District of Nevada.

DATED THIS 23rd Day of September 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 23rd Day of September 2024, I caused to be served a true and correct copy of the foregoing Order Transferring Attorney to Disability Inactive Status to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> Noel S. Waters
> 2759 Ridgecrest Dr.
> Carson City, NV 89706

> Certified Mail No.: 7018 3090 0001 1133 1200

> /s/ Sharon H.
> Deputy Clerk
> United States District Court,
> District of Nevada